UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

**GENERAL MOTORS CORPORATION**,

    *Plaintiff*,

                                      HONORABLE <u>NANCY G. EDMUNDS</u>

vs.

                                        CIVIL ACTION NO. <u>02-74587</u>

**KEYSTONE AUTOMOTIVE INDUSTRIES, INC.**,
**and TONG YANG INDUSTRY CO., LTD.**,

    *Defendants*.
_____/

**<u>STIPULATION FOR DISMISSAL</u>**

The parties have resolved the matters in dispute in this action pursuant to a confidential Settlement Agreement. Accordingly, the parties hereto, through their respective counsel, hereby stipulate to the Court's approval and entry of an Order For Dismissal resolving the present action, on the following terms.

1. The present action is dismissed with prejudice as to all claims.

2. Each party shall bear its own attorney fees and expenses incurred in the prosecution or defense of this action.

3. The Court shall retain jurisdiction to enforce the terms of the confidential Settlement Agreement.

**AGREED:**

| **GENERAL MOTORS CORPORATION** | **KEYSTONE AUTOMOTIVE INDUSTRIES, INC.** |
|---|---|
| /s/ Robert C.J. Tuttle | /s/ Thomas E. Bejin (w/consent) |
| ERNIE L. BROOKS (P22875) | THOMAS N. YOUNG (P22656) |
| ROBERT C.J. TUTTLE (P25222) | THOMAS E. BEJIN (P56854) |
| MARC LORELLI (P63156) | **YOUNG & BASILE, P.C.** |
| **BROOKS KUSHMAN P.C.** | 3001 W. Big Beaver Rd., Suite 624 |
| 1000 Town Center | Troy, Michigan 48084 |
| Twenty-Second Floor | Tel:   (248) 649-3333 |
| Southfield, Michigan 48075-1238 | *Attorneys for Defendant Keystone* |
| Tel:   (248) 358-4400 | |
| *Attorneys for Plaintiff* | **TONG YANG INDUSTRY CO., LTD.** |
| | /s/ **Robert M. Kalec (w/consent)** |
| | ROBERT M. KALEC (P38677) |
| | **DEAN & FULKERSON, P.C.** |
| | 801 W. Big Beaver Road |
| | Fifth Floor |
| | Troy, Michigan 48084 |
| | Tel:   (248) 362-1300 |
| | Fax:   (248) 362-1358 |
| | *Attorneys for Defendant Tong Yang* |

**UNITED STATES DISTRICT COURT**

-1-

**EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

---

**GENERAL MOTORS CORPORATION**,

      *Plaintiff*,                    **HONORABLE NANCY G. EDMUNDS**

vs.

                                        **CIVIL ACTION NO. 02-74587**

**KEYSTONE AUTOMOTIVE INDUSTRIES, INC.,
and TONG YANG INDUSTRY CO., LTD.**,

      *Defendants*.
_____/


**ORDER ON
STIPULATION FOR DISMISSAL**

The parties having stipulated to the dismissal of this action pursuant to a confidential Settlement Agreement, the Court hereby **ORDERS** as follows:

1. The present action is dismissed with prejudice as to all claims.

2. Each party shall bear its own attorney fees and expenses incurred in the prosecution or defense of this action.

3. The Court shall retain jurisdiction to enforce the terms of the confidential Settlement Agreement.


**SO ORDERED.**


s/Nancy G. Edmunds
**Nancy G. Edmunds**
**United States District Judge**

**Dated:  January 30, 2007**

**I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 30, 2007, by electronic and/or ordinary mail.**

s/Carol A. Hemeyer
**Case Manager**